

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE:  THE STATE OF TEXAS, | § | No. 08-15-00335-CR |
| | § | ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR |
| | § | WRIT OF MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the State's motion to dismiss petition for writ of mandamus, and concludes that the State's motion should be granted and the petition for writ of mandamus should be dismissed as moot.  We therefore grant the State's motion and dismiss the petition for writ of mandamus as moot, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.